676 A.2d 1192

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Nelson VECCHIONE, Petitioner.**

Supreme Court of Pennsylvania.

June 19, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this **19th day of June, 1996,** the Petition for Allowance of Appeal is Granted on the limited issue of whether Petitioner's conviction for indecent assault merges with his involuntary deviate sexual intercourse conviction for sentencing purposes.